United States District Court
Southern District of Texas
**ENTERED**
November 13, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| DERLIS JOEL TOALOMBO-PEREZ, | § | |
| "Petitioner," | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:26-cv-01014 |
| TODD BLANCHE, *et al.*, | § | |
| "Respondents." | § | |
| | § | |

## ORDER

Before the Court is Respondents' "Motion to Dismiss Petition for Writ of Habeas Corpus" (Dkt. No. 6). The Motion seeks dismissal of Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) pursuant to Federal Rule of Civil Procedure 12(b)(1).

Petitioner's claims against Respondents are **DISMISSED** as moot, without prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(1). The Clerk of the Court is hereby **ORDERED** to close this case.

SIGNED this November 13, 2026

Rolando Olvera
United States District Judge